UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WILLIAM E. DAY, II, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-07-353 |
| | § | |
| STATE FARM LLOYDS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER VACATING ORDER GRANTING MOTION TO REMAND**

This case involves an insurance dispute between Plaintiffs William E. Day and Rebecca G. Day ("Plaintiffs"), Defendant State Farm Lloyds Insurance Co. ("State Farm"), and Defendant Chad Schomburg ("Schomburg").[1]  Plaintiffs originally filed this action in the 56th Judicial Court in Galveston County, Texas.  State Farm removed the case to this Court claiming diversity jurisdiction under 28 U.S.C. ' 1332.  Plaintiffs filed a Motion to Remand.  While the Motion was pending, the Court received a letter from Plaintiffs' attorney stating that "Defendants now take the position that the maximum value of this case is only $12,855.00." Since Plaintiff was seeking remand on the grounds that there is no diversity in this case, the Court construed the letter as a joint filing.  The Court granted the Motion to Remand and ordered State Farm to pay Plaintiffs' attorneys' fees associated with the removal.  State Farm has now filed a Motion for Reconsideration containing information that concerns the Court.  The Court therefore finds that the most prudent course of action is to vacate its Order of Remand (Docket No. 15) so that this case does not proceed unnecessarily in state court.  The Court will consider Plaintiffs' Motion to Remand and State Farm's Motion for Reconsideration in due course.

---

[1] The Court does not consider this Order worthy of publication.  Accordingly, it has not requested and does not authorize publication.

In accordance with the discussion above, the Court **VACATES** the Order of Remand (Docket No. 15).  The District Clerk is **ORDERED** to submit a copy of this Order via registered mail to the 56th Judicial District Court in Galveston County, Texas.

**IT IS SO ORDERED.**

**DONE this the 14th day of August, 2007, at Galveston, Texas.**

_____
Samuel B. Kent
United States District Judge